

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Rufus Gray, Jr.

                         Petitioner,

V.

Tim Vargo, Warden

                         Respondent.

Civil Action No.   14cv1250 AJB(RBB)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition. The Court dismisses this action without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals.

Date:   5/27/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ C. Ecija
                         C. Ecija, Deputy